UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENE SMITH, *et al.*,<br><br>            Plaintiffs,<br><br>      v.<br><br>FORD MOTOR COMPANY,<br><br>            Defendant. | Case No.  1:22-cv-01040-JLT-EPG<br><br>ORDER RE: JOINT STIPULATION TO DISMISS ENTIRE ACTION<br><br>(ECF No. 7). |

On December 19, 2022, the parties filed a joint stipulation for dismissal with prejudice. (ECF No. 7). In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice. Accordingly, IT IS ORDERED that:

1.   The December 5, 2022, order to show cause (ECF No. 5) is discharged.

2.   The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **December 20, 2022**              /s/ Erin P. Groij
                                            UNITED STATES MAGISTRATE JUDGE